UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANITA BUNTEA,

                Plaintiff,

v.

STATE FARM MUTUAL AUTO-
MOBILE INSURANCE COMPANY,

                Defendant.

_____/

CIVIL ACTION NO. 05-72399

DISTRICT JUDGE NANCY G. EDMUNDS

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER DENYING DEFENDANT'S MOTION
## FOR SANCTIONS

      Defendant's Motion for Sanctions was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on February 13, 2007. Having reviewed Defendant's Motion, together with Plaintiff's Response and Defendant's Reply Brief, and having had the benefit of oral argument, I find that the Motion should be, and the same is hereby denied for the reasons stated on the record.

                        s/Donald A. Scheer
                        DONALD A. SCHEER
                        UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2007
_____

## CERTIFICATE OF SERVICE

      I hereby certify on February 26, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 26, 2007. **None.**

                        s/Michael E. Lang
                        Deputy Clerk to
                        Magistrate Judge Donald A. Scheer
                        (313) 234-5217